**EXHIBIT A-1**

## Case Information

24-002325-CV-472 | BRANAUN GALENTINE V. CITY OF COLLEGE STATION, CHIEF BILLY COUCH

Case Number
24-002325-CV-472

Court
472nd District Court

Judicial Officer
Wise, George Jerrell

File Date
08/16/2024

Case Type
Civil Case - Other

Case Status
Filed

## Party

Plaintiff
GALENTINE, BRANAUN

Active Attorneys▼
Lead Attorney
Lewis, U.A.
Retained

Defendant
CITY OF COLLEGE STATION

Active Attorneys▼
Lead Attorney
Chan, Andrea
Retained

Attorney
Chan, Andrea
Retained

Defendant
CITY OF BRYAN

Active Attorneys▼
Lead Attorney
Chan, Andrea
Retained

Attorney
Chan, Andrea
Retained

| | |
|---|---|
| Defendant<br>BRAZOS COUNTY | Active Attorneys ▼<br>Lead Attorney<br>STELLY, ALEX J, Jr<br>Retained |
| Defendant<br>COUCH, CHIEF BILLY | Active Attorneys ▼<br>Lead Attorney<br>Chan, Andrea<br>Retained |
| Defendant<br>OFFICER STADLER | Active Attorneys ▼<br>Lead Attorney<br>Chan, Andrea<br>Retained |
| Defendant<br>ALGER, JOHN | Active Attorneys ▼<br>Lead Attorney<br>Chan, Andrea<br>Retained |

## Events and Hearings

08/16/2024 Original Petition (OCA)

| |
|---|
| 08/16/2024 ORIGINAL PETITION |
| 08/16/2024 Affidavit |
| 08/20/2024 Notice of Disposition Deadline |
| 11/13/2024 Citation by Certified Mail ▼ <br><br> Unserved |
| 11/13/2024 Issue Process Instructions |
| 11/13/2024 CITATION ISSUED |
| 11/19/2024 Issue Process Instructions |
| 11/20/2024 Citation ▼ <br><br> Served <br> 12/13/2024 |
| 11/20/2024 Citation Issued |
| 11/26/2024 Citation Unserved |
| 11/26/2024 Issue Process Instructions |
| 11/26/2024 Issue Process Instructions |
| 11/26/2024 Issue Process Instructions |
| 12/02/2024 Citation by Certified Mail ▼ <br><br> Served <br> 12/12/2024 |
| 12/02/2024 Citation by Certified Mail ▼ <br><br> Unserved |
| 12/02/2024 Citation by Certified Mail ▼ <br><br> Unserved |
| 12/02/2024 CITATION ISSUED |
| 12/02/2024 CITATION ISSUED |
| 12/02/2024 CITATION ISSUED |

| |
|---|
| 12/16/2024 Citation Served |
| 12/16/2024 Citation Served |
| 12/16/2024 Citation Served |
| 12/27/2024 Defendant's Original Answer |
| 01/03/2025 ANSWER |
| 01/03/2025 ANSWER |
| 02/20/2026 Disposition Deadline ▼<br><br>Judicial Officer<br>Wise, George Jerrell<br><br>Hearing Time<br>4:45 PM |

## Financial

No financial information exists for this case.