United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BRANAUN GALENTINE, *Plaintiff*, | § § § | |
| v. | § | Case No. 4:25-cv-0050 |
| CITY OF COLLEGE STATION, ET AL., *Defendants*. | § § § | |

**ORDER**[1]

Before the Court is Plaintiff's second amended complaint. ECF No. 26. Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party may amend its pleading *once* as a matter of course….[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a) (emphasis added). Plaintiff has already amended once as a matter of course, ECF No. 16, and does not indicate whether he filed his second amended complaint with consent of the opposing parties. He did not seek the Court's leave. Accordingly, Plaintiff's second amended complaint is **STRICKEN** from the record. ECF No. 26.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on March 31, 2025.

Dena Palermo

**Dena Hanovice Palermo**
**United States Magistrate Judge**

[1] The district judge to whom this case is assigned referred all pretrial proceedings pursuant to 28 U.S.C. § 636. *See* Notice of Referral, ECF No. 13.